United States Courts
Southern District of Texas
FILED

May 02, 2022

Nathan Ochsner, Clerk of Court

Minutes of the United States District Court
Southern District of California

Hon. Irma E. Gonzalez          Deputy Clerk: L. Fuchigami          Reporter: R. Heywood

---

| | | |
|---|---|---|
| 98CR3260-IEG    USA    v. | JAY R. BISHOP (1) | (B) |
| | GENE CARDENAZ (2) N/A | (B) |
| P/O REPORT AND SENTENCE | ROBIN J. McPHERSON (3) N/A | (B) |
| FINDING GUILTY 1)CTS 1-3 | | |
| 2) CTS 1,4-5 / 3)CTS 1,6-7 | | |

**4:22-mj-983**

AND 7 CTS                          ROBERT ROSE (RETND)(1)
18 USC 371                         STEPHEN PETERSON (APPTD)(2)
26 USC 7201                        BERNARD SKOMAL (APPTD)(3)
CONSP/TAX EVASION

AUSA: DAN ROETZEL/LORI HENDRICKSON

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

1) MOT DOWNWARD DEPARTURE (130)- GRANTED PART/DENIED PART
   CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 30 MONTHS AS TO EACH COUNT
   CONCURRENTLY.
   SUPERVISED RELEASE FOR A TERM OF 3 YEARS AS TO EACH COUNT CONCURRENTLY
   ASSESSMENT $300
   NO FINE
   SELF SURR INSTITUTION /BOND EXONERATION SET FOR 4-13-01 @ 12:00 NOON.
   DEFT ADVISED OF APPEAL RIGHTS.  DEFTS ORAL REQUEST TO CONTINUE DEFT ON
   BOND PENDING APPEAL- DENIED. GOV'T REQUEST FOR PROSECUTION FEES- DENIED
   COURT ORDERS PRE-TRIAL SERVICE TO SUPERVISE DEFT PENDING SURRENDER.

2) DEFT NOT APPEARING, COURT ORDERS NO BAIL BENCH WARRANT WITH STAY UNTIL
   MARCH 9, 2001 AT 11:30 A.M. AND BOND FORFEITED IF DEFT DOES NOT APPEAR.
   P/O REPORT AND SENTENCE CONT'D TO 3-9-01 @ 11:30 A.M.

3) DEFT NOT APPEARING, COURT ORDERS NO BAIL BENCH WARRANT AND BOND FORFEITED.

DATE:   3-5-01                                                            Deputy